**James R. LORD, Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

**No. 115, Docket 84–2087.**

United States Court of Appeals,
Second Circuit.

Submitted Oct. 15, 1984.

Decided Oct. 17, 1984.

James R. Lord, submitted a brief pro se.

Salvatore R. Martoche, U.S. Atty., Frederick C. Emery, Jr., Asst. U.S. Atty., Rochester, N.Y., submitted a brief for defendant-appellee.

Before NEWMAN, CARDAMONE, and DAVIS,* Circuit Judges.

* The Honorable Oscar H. Davis of the United States Court of Appeals for the Federal Circuit,

PER CURIAM:

James R. Lord appeals from a judgment of the District Court for the Western District of New York (John T. Elfvin, *Judge*) denying his motion under 28 U.S.C. § 2255 to vacate his conviction for armed robbery of a federally insured savings and loan association, in violation of 18 U.S.C. § 2113 (1982). To satisfy the definitional provision of the bank robbery statute, 18 U.S.C. § 2113(g); *see also* 12 U.S.C. §§ 1724–1730 (1982), a savings and loan association need not be specifically insured against bank robbery by the Federal Savings and Loan Insurance Corporation. *See Pigford v. United States*, 518 F.2d 831, 833 (4th Cir. 1975); *Roberts v. United States*, 472 F.2d 1195, 1196 (5th Cir.1973).

Appellant's other claim, concerning errors in the pre-sentence report, is without merit since the sentencing judge explicitly disclaimed any reliance on the matters alleged to be incorrect.

Affirmed.